UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER**

United States of America,

                       Plaintiff,

v.

Reginae Calhoun,

                       Defendant,

Docket No. 0864 0:25CR00019-002(JRT)

Due to the fact that the above-named defendant has pled guilty, as well as the nature and circumstances of the offense, IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

    The defendant shall notify her current employer of her plea of guilty to this offense. The probation officer is permitted to independently contact the employer to confirm the defendant's compliance. *A one-week delay is permitted.*

All other release conditions shall remain in effect as previously ordered.

Dated: *May 19, 2025*

*John R. Tunheim*
John R. Tunheim
Senior U.S. District Judge

SCANNED
MAY 2 1 2025
U.S. DISTRICT COURT MPLS